UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL J. DAVIS,

        Plaintiff,                         No. 13-cv-11538

vs.                                       Hon. Gerald E. Rosen

DAVID PAYNE and
CARTER AKINRUL,

        Defendants.
_____/

## JUDGMENT OF DISMISSAL

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on April 09, 2013

      PRESENT:    Honorable Gerald E. Rosen
                             United States District Chief Judge

    The Court having this date entered an Order dismissing this case for lack of federal subject matter jurisdiction, without prejudice,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed for lack of jurisdiction, without prejudice.

                                  s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Dated: April 9, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 9, 2013, by electronic and/or ordinary mail.

                                  s/Julie Owens
                                  Case Manager, (313) 234-5135